### EDMUND TRAIN *vs.* LEWIS T. HERRICK & Trustee.

The warden of the state prison cannot, after another warden has been appointed in his place, be charged in foreign attachment for the salary of an inferior officer of the prison, which was in his hands when the process was served upon him.

JEFFERSON BANCROFT, summoned as trustee, in his answer disclosed that he had in his hands as a public officer, to wit, as

warden of the state prison, a sum of money due to the defend-
ant for his salary as an officer of the prison. On this ans ver,
the court of common pleas discharged the trustee, and the
plaintiff appealed. Pending the appeal, Bancroft was removed,
and David S. Jones appointed warden.

*M. G. Cobb*, for the plaintiff, cited Rev. Sts. *c.* 109, §§ 4, 30 ;
*c.* 144, §§ 5, 19 ; *Chealy* v. *Brewer*, 7 Mass. 261 ; *Commonwealth*
v. *Phœnix Bank*, 11 Met. 137.

*J. Q. A. Griffin*, for the trustee.

THOMAS, J. It appearing that another person has been ap-
pointed warden of the state prison, in the place of the alleged
trustee, it is quite clear that he cannot be charged. The suit
must proceed, if at all, against his successor. Rev. Sts. *c.* 144,
§ 19. *Trustee discharged*